from practicing as an attorney and counselor at law in the state of New York.

*Louis S. Posner, Walter S. Dryfoos* and *Cyril F. Dos Passos* for appellant.

*Paul Fuller, Jr.,* for respondent.

Order affirmed; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, HISCOCK, CHASE and COLLIN, JJ.

WILLARD BARTLETT, J. (dissenting). I dissent on the ground that the order of the Appellate Division is defective in omitting to state the specific misconduct of the attorney. The opinion of the Appellate Division indicates that the judges of that tribunal have found the appellant guilty of the most serious charges upon which he was acquitted by the official referee; but however this may be, I think that a definite and specific adjudication of misconduct should be required to be made by the Appellate Division, as the basis of an order disbarring or suspending an attorney. As was pointed out by Judge WERNER in *Matter of Droege* (197 N. Y. 44), this court from an early day has exercised jurisdiction to review the action of the Supreme Court in cases of this character; but, in the absence of some adjudication analogous to findings of fact, no effective review is practicable. I think the case should be sent back to the Appellate Division in order that the defect which I have pointed out may be remedied.

ARNOLD TANZER, Appellant, *v.* GEORGE W. MORGAN, Respondent, Impleaded with Others.

*Tanzer* v. *Breen,* 139 App. Div. 10, appeal dismissed.
(Argued November 24, 1911; decided December 5, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 17, 1910, which modified and affirmed as modified a judgment in favor of defendant entered upon

a dismissal of the complaint by the court at a Trial Term in an action for false imprisonment.

*Laurence Arnold Tanzer* for appellant.

*Martin S. Lynch* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, HIS-COCK, CHASE and COLLIN, JJ.

---

JAMES PAUL, Appellant, *v.* ALLIE D. SWEARS, Respondent.

*Paul* v. *Swears*, 138 App. Div. 638, appeal withdrawn.
(Submitted November 27, 1911; decided December 5, 1911.)

MOTION for leave to withdraw stipulation and appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 11, 1910, reversing a judgment in favor of plaintiff entered upon a decision of the Warren County Court after trial without a jury and granting a new trial in an action to compel specific performance of a contract to purchase real property.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Robert Imrie* for motion.

*H. A. Howard* opposed.

Motion granted on payment, within twenty days, of costs of appeal and ten dollars costs of motion.

---

NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent, *v.* FRANK J. MOORE, Appellant.

*N. Y. C. & H. R. R. R. Co.* v. *Moore.* 137 App. Div. 461, affirmed.
(Argued November 29, 1911; decided December 12, 1911.)

APPEAL from a judgment entered April 11, 1910, upon an order of the Appellate Division of the Supreme Court